UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC., A/K/A KIRYAS RADIN,

                              Plaintiffs,

- against –

MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTLE ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIAL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK,

                              Defendants.

**CONSENT TO CHANGE ATTORNEYS**

Bankruptcy Court
Adv. Pro. No. 21-7023 (RDD)

21 Civ. 4688 (PMH)

---

We the undersigned, hereby consent and agree that Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP, 81 Main Street, Suite 306, White Plains, New York 10601, be substituted in the place and stead of the undersigned Oxman Law Group PLLC, 120 Bloomingdale Road, White Plains, New York 10605 as attorneys for Appellant Rabbi Mayer Zaks in the above entitled action as of this date.

Dated: White Plains, New York
         June 8, 2021

Abrams, Fensterman, Fensterman,
Eisman, Formato, Ferrara, Wolf &
Carone, LLP

By: _____
Robert A. Spolzino, Esq.
81 Main Street, Suite 306
White Plains, New York 10601
*(Incoming Attorneys)*

Oxman Law Group, PLLC

By: _____
Marc Oxman, Esq.
120 Bloomingdale Road
White Plains, New York 10605
*(Outgoing Attorneys)*

_____
Rabbi Mayer Zaks