UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. a/ka KIRYAS RADIN, | |
|                     Plaintiffs, | Bankruptcy Court Adversary Proceeding 21-07023 (RDD) |
|     -against- | |
| MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK, | 21 Civ. 4688 (PMH) |
|                     Defendants-Appellees. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. a/k/a KIRYAS RADIN, | |
|                     Plaintiffs, | Bankruptcy Court Adversary Proceeding 21-07023 (RDD) |
|     -against- | |
| MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK, | 21 Civ. 5654 (PMH) |
|                     Defendants-Appellees. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER CONSOLIDATING APPEALS**

Upon the Letter Motion of appellant Rabbi Mayer Zaks dated July 6, 2021 seeking the consolidation of *Congregants of Mosdos Chofetz Chaim Inc. v. Mosdos Chofetz Chaim Inc.* 21 Civ. 4688 (PMH) with *Congregants of Mosdos Chofetz Chaim Inc. v. Mosdos Chofetz Chaim Inc.* 21 Civ. 5654 (PMH) pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure [dkt. no. 22], and defendants-appellees Mosdos Chofetz Chaim Inc. and Chofetz Chaim Inc. having filed a letter dated July 13, 2021 consenting to consolidation [dkt. no. 30]; and

It appearing that consolidation is appropriate and would promote efficiency and judicial economy.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**

1. The appeals *Congregants of Mosdos Chofetz Chaim Inc. v. Mosdos Chofetz Chaim Inc.*, 21 Civ. 4688 (PMH) and *Congregants of Mosdos Chofetz Chaim Inc. v. Mosdos Chofetz Chaim Inc.*, 21 Civ. 5654 (PMH) are hereby consolidated for all purposes pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.

2. No further filings shall be made in 21 Civ. 4688 (PMH), which shall be administratively closed. All pleadings therein maintain their legal relevance.

3. Any further pleadings and other documents filed by the parties relating to these appeals shall be made in 21 Civ 5654 (PMH) and any pleadings and other documents received by the Clerk of Court for 21 Civ. 4688 (PMH) shall be filed in 21 Civ. 5654 (PMH).

Dated:   White Plains, New York
         July 15, 2021

_____
Hon. Philip M. Halpern, U.S.D.J.