**KWJS&S**

KLESTADT
WINTERS
JURELLER
SOUTHARD
STEVENS

41ST STREET
17TH FLOOR
10036-7203
(212) 972-3000
(212) 972-2245
STADT.COM

> Application granted. Appellees shall file their opposition brief by September 13, 2021; Appellant's shall file their reply brief by October 4, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 18.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 31, 2021

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York

Re: Congregants of Mosdos v. Mosdos (21-cv-4688 and 21-cv-5654)

Dear Judge Halpern:

    We are legal counsel for Defendant/Appellee, Congregation Radin Development, Inc. ("CRDI"). We write jointly on behalf of CRDI, and Defendants/Appellees, Mosdos Chofetz Chaim, Inc., Aryeh Zaks and Chofetz Chaim Inc. (collectively, "Appellees") to respectfully request a consensual two-week extension of the time for the Appellees to file the Appellees' Brief through and including September 13, 2021, and a reciprocal one-week extension of the time for the Appellants to file their reply brief through an including October 4, 2021.

    While the Appellees initially anticipated being able to meet the current filing deadline, they have been required to dedicate significantly more time to related matters pending before the Bankruptcy Court than anticipated, including participating in a recent mediation before Judge Drain, as well as the preparation and filing of multiple pre-trial memoranda in advance of an evidentiary hearing that is scheduled to proceed before Judge Drain today, including a brief that was filed on Saturday August 28, 2021 in response to an unanticipated "reply" brief filed by Rabbi Mayer Zaks, among others, in that matter. In addition, the Appellees have also been working to prepare their Appellee Brief in a related appeal pending before this Court in Civil Action 21-cv-02872, which also must be filed today. As a result, the Appellee's respectfully request two additional weeks' time to file their brief in the consolidated appeals referenced above.

    Counsel for the Appellants has consented to the two-week extension and the Appellees have likewise consented to the Appellants' request for an extension of their time to file their reply brief by one week.

    We will be available at the Court's convenience today to discuss the foregoing request. Thank you for your consideration.

Respectfully submitted,
/s/ Brendan M. Scott
Brendan M. Scott